MIRIAM LÓPEZ (SBN 131560)
mlopez@BushGottlieb.com
MELVIN YEE (SBN 241569)
myee@BushGottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California  91203-3345
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for Plaintiffs,
TRUSTEES OF THE DIRECTORS GUILD OF AMERICA -
PRODUCER PENSION PLAN and TRUSTEES OF THE
DIRECTORS GUILD OF AMERICA - PRODUCERS
HEALTH PLAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA - PRODUCERS PENSION PLAN and TRUSTEES OF THE DIRECTORS GUILD OF AMERICA - PRODUCERS HEALTH PLAN, TRUSTEES OF THE SCREEN ACTORS GUILD - PRODUCERS PENSION PLAN and TRUSTEES OF THE SCREEN ACTORS GUILD - PRODUCERS HEALTH PLAN,<br><br>             Plaintiffs,<br><br>     vs.<br><br>TRIPLE PEAK PRODUCTIONS, INC., a California corporation,<br><br>             Defendant. | CASE NO. CV 02-3418 AHM (MANx)<br><br>**[PROPOSED] RENEWAL OF AMENDED JUDGMENT BY CLERK** |

Based on the Application for Renewal of Amended Judgment by Plaintiffs/Judgment Creditors Trustees of the Directors Guild of America - Producer Pension Plans and Trustees of the Directors Guild of America - Producer Health Plan, the Declaration of Melvin Yee in support thereof, all other pleadings and documents on file herein, and pursuant to Fed. R. Civ. Proc. §§683.110, et seq.;

276044.1  12319-0000

good cause shown, Judgment is entered herein against Triple Peak Productions, Inc., shall be renewed in the amount of $28,361.46, which includes the original judgment amount of $24,508.72 and post-judgment interest of $3,852.74.

Dated: __April 10__, 2012      /s/ Jenny Lam
                               Clerk, United States District Court